CAROL J. STROHMYER, APPELLEE, V. EDDIE L. STROHMYER, APPELLANT.

477 N.W.2d 584

Filed December 20, 1991. No. 89-664.

Hal W. Anderson, of Berry, Anderson, Creager & Wittstruck, P.C., for appellant.

Leonard P. Vyhnalek for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

This is an appeal in a proceeding for the dissolution of a marriage. The trial court dissolved the marriage; divided the marital property; and awarded custody, child support, alimony, and attorney fees to the petitioner. The respondent appeals.

We have reviewed the record de novo, as we are required to do, and determine that the trial court did not abuse its discretion. See *Dinovo v. Dinovo*, 238 Neb. 285, 470 N.W.2d 174 (1991). The judgment is affirmed.

AFFIRMED.